**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BETTY HARVISON                                                                                          PLAINTIFF

v.                                              No. 3:06CV00025 JLH

JO ANNE B. BARNHART, Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                        DEFENDANT

## JUDGMENT

This matter is reversed and remanded pursuant to the Opinion entered separately today.

IT IS SO ORDERED this 6th day of December, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE