**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

BETTY HARVISON                                                                          PLAINTIFF

v.                                                   No. 3:06CV00025 JLH

LINDA S. McMAHON, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                      DEFENDANT

## ORDER

Without objection, Betty Harvison's motion for award of attorneys' fees and other expenses

under the provisions of the Equal Access to Justice Act, 28 U.S.C. § 2412, is GRANTED.

Document #15.   Pursuant to that statute, attorneys' fees are hereby awarded in the amount of

$3,072.00, and expenses are hereby awarded in the amount of $13.95.

IT IS SO ORDERED this 20th day of February, 2007.


J. LEON HOLMES
UNITED STATES DISTRICT JUDGE